RECEIVED AUG 30 2019 BY MAIL

FILED AUG 30 2019 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Thomas Fleeman )
#1027064 )
)
)
)
)
(Enter above the full name of the )
Plaintiff in this action. Include prison )
registration number.) )
)
v. )
)
Corizon )
)
Andrea Crader RN )
)
Dr. Ruanne Stamps M.D. )
)
)
)
)
)
(Enter above the full name of ALL Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

2:19CV075 ACL

In what capacity are you suing the defendants?

☐ Official
☐ Individual
☒ Both

### PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I. PLACE OF PRESENT CONFINEMENT:

Moberly Correctional Center

II. PREVIOUS CIVIL ACTIONS:

A. Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

YES [ ]          NO [X]

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

   Plaintiff: _____

   _____

   Defendant(s): _____

   _____

2. Court where filed: _____

3. Docket or case number: _____

4. Name of Judge: _____

5. Basic claim made: _____

   _____

   _____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?): 

   _____

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

   YES  [X]          NO  [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

   YES  [X]          NO  [ ]

C. If your answer to "B" is YES, what steps did you take: <u>Health Services Request, Informal Resolution Request, Grievance, and Grievance Appeal.</u>

D. If your answer to "B" is NO, explain why you have not used the grievance system: _____

IV. PARTIES TO THIS ACTION:

A. Plaintiff

1. Name of Plaintiff <u>Thomas Fleeman</u>
2. Plaintiff's address: <u>5201 S. Morley</u>
3. Registration number: <u>1027064</u>

B. Defendant(s)

1. Name of Defendant: <u>Corizon</u>
2. Defendant's address: <u>5201 S. Morley</u>
3. Defendant's employer and job title: _____
4. Additional Defendant(s) and address(es): <u>Andrea Crader RN, 5201 S. Morley; Dr. Ruanne Stamps M.D., 5201 S. Morley.</u>

-3-

V. COUNSEL

    A. Do you have an attorney to represent you in this action?

        YES [ ]         NO [X]

    B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

        YES [ ]         NO [ ]

    C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

_____

_____

_____

    D. If your answer to "B" is NO, explain why you have not made such efforts:

_____

_____

    E. Have you previously been represented by counsel in a civil action in this Court?

        YES [ ]         NO [X]

    F. If your answer to "E" is YES, state the attorney's name and address:

_____

_____

-4-

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

1. I filed IRR #: MCC-18-1145 seeking treatment for Hep-C and was denied treatment by Andrea Carder RN; this was filed on 09-28-2018. I filed Grievance #:MCC-18-1145 on 11-01-2018 once again seeking Treatment for my Hep-C and was denied by Dr. Ruanne Stamps M.D. On 11-30-2018 I filed Grievance Appeal #:MCC-18-1145 and was denied Hep-C treatment by T. Bredeman, D.O. Assoc. Regional Medical Director (Corizon's Regional Director).

2. See: Legions v. Minnesota Dep't of Corrections, U.S.D.C. (D. MN), Case No. 0:15-cv-02210-PJS-BRT.

3. I am seeking direct-acting antiviral (DAA) drugs. They have a 90% plus cure rate and cost between $26,000 and $100,000.

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

Treat my Hep-C with DAA drugs.

Terminate Corizons contract with the Missouri Dept. of

Corrections. Revoke medical licences from defendants.

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]    NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

Attorney fees, filing fees, and punitive damages, (undue pain).

Plaintiff seeks $500,000.00

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ X ]    NO [ ]

_____    _____
Signature of attorney or pro se Plaintiff                Date