```
STATE OF MISSOURI    )
                     )
                     ) ss.
                     )
COUNTY OF RANDOLPH   )
```

RECEIVED BY MAIL
DEC 27 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

## AFFIDAVIT

I, Thomas Fleeman, make the following statements, which are true and correct to the best of my knowledge and belief, under panalty of perjury, whereby Affiant hereby states:

1. that I did, on or about, August 30, 2019, file a Prisoner Civil Rights complaint under 42 U.S.C. §1983, in the U.S. District Court for the Eastern District of Missouri;

2. That I failed to sign the Prisoner Civil Rights complaint, filed under 42 U.S.C. §1983, with my legal and lawful signature;

3. That I did, on or about, August 30, 2019, submit a Motion for Leave to Proceed in Forma Pauperis, under 42:1983, in the U.S. District Court for the Eastern District of Missouri;

4. That I failed to sign the motion for leave to proceed in forma pauperis under 42:1983 with my legal and lawful signature;

5. While my failure to sign the above-depicted pleadings

was done unintentionally, my submission of same, with the intent to pursue prosecution of said litigation was intended and intentional;

6. This instrument is intended to serve as verification and authorization to proceed with action concerning the litigation outlined herein as though same were in fact signed by my hand and in my person.

**WHEREBY,** the above statements are true and correct and convey the intent of Affiant to wit.

Respectfully Submitted,

Thomas Fleeman
#1027064 2-B-406
P.O. Box 7
Moberly, MO. 65270
Affiant.

Subscribed and sworn to before me the undersigned authority, on this 12 day of December, 2019.

[Notary Public]

HEATHER K TOWNSEND
My Commission Expires
February 14, 2021
Boone County
Commission #13449374

-2-

Thomas Fleeman #1027064 - 2-B-406
Moberly Correctional Center
P.O. Box 7
Moberly, MO 65220

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

Case: 2:19-cv-00075-SNLJ   Doc. #: 8   Filed: 12/27/19   Page: 3 of 3 PageID #: 23

24 DEC 2019 PM 7 L

RECEIVED BY MAIL
DEC 27 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Office of the Clerk
United States District Court
SouthEastern Division
555 Independence Street
Cape Girardeau, MO
63203

63703-623555